IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LASHOD MARQUIS BLACK,

    Plaintiff,

vs.                                        CASE NO. 5:07cv171/RS

CCA BAY COUNTY JAIL, et al,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 11) and Plaintiff's Objections to Magistrate Judge's Report and Recommendation (Doc. 12). I have reviewed Plaintiff's objections *de novo.*

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed for failure to state a claim pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

3. The clerk is directed to close the file.

ORDERED on October 11, 2007.

                            /S/ Richard Smoak
                            **RICHARD SMOAK**
                            **UNITED STATES DISTRICT JUDGE**